**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Tora Levy           JOINT DEBTOR:                    CASE NO.: 15-12517-LMI
Last Four Digits of SS# 6350            Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,559.27   for months 1 to 60; in order to pay the following creditors:

Administrative:       Attorney's Fee - $ 3650+$2500 (mmm) = $6150     TOTAL PAID $2000
                      Balance Due   $ 4150 payable $ 83.00/month (Months 1 to 50)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage
Address: 4101 Wiseman Blvd #MC-T         MMM Payment     $ 1,297.16/month (Months 1 to 60)
San Antonio, TX 78251
Account No: xxxx3655

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                   Total Due  $
                            Payable   $           /month (Months ___ to ___) Regular Payment $

Unsecured Creditors: Pay $ 23.18/month (Months 1 to 50) and Pay $ 106.18/month (Months 51 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Saga nay Property Owners Association and Lexus Financial Services and will continue to pay said creditors directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                                       Joint Debtor
Date: 3-5-2015                                                Date:

LF-31 (rev. 01/08/10)