UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Tora Levy                                          Case No 15-12517-LMI
                                                   Chapter 13

_____Debtor_____/

## EX-PARTE MOTION TO CORRECT DEBTOR'S SOCIAL SECURITY NUMBER

**COMES NOW**, the Debtors, Tora Levy by and through undersigned counsel and files this Ex-Parte Motion to Correct Debtor's Social Security Number and as grounds therefore states the following:

1. The debtor listed her social security number incorrectly on her bankruptcy petition form and did not notice at the time she signed her bankruptcy petition with undersigned counsel.

2. The corrected statement of Social Security Number is being filed contemporaneously with the instant motion.

3. The clerk is direct to correct debtor social security number in the docket.

**WHEREFORE,** the Debtor respectfully requests that this Court grant this Ex-Parte Motion to correct her social security number.

## CERTIFICATE OF ADMISISON

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Ex-Parte Motion to correct the debtors social security number was sent via CM/ECF to: Nancy Neidich, Trustee on this 3rd day of April 2015.

Robert Sanchez, Esq.
355 West 49 Street
Hialeah, FL 33012
Tel. (305)-687-8008

By: _/s/ Robert Sanchez_
Robert Sanchez, Esquire
FBN#0442161