

ORDERED in the Southern District of Florida on April 7, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Tora Levy                                                      Case No:  15-12517-LMI
                                                               Chapter 13

_____Debtor_____/

### ORDER GRANTING EX-PARTE MOTION TO CORRECT DEBTOR'S SOCIAL SECURITY NUMBER IN THE DOCKET

**THIS MATTER having** come upon Ex-Parte Motion to Correct Debtor's Social Security Number in the Docket, and the parties having agreed and the Court having reviewed the file, IT IS;

**ORDERED AND ADJUDGED**;

1. Motion is Granted.
2. The clerk is direct to correct social security number on the docket.
3. The case shall proceed in its normal course

###

Attorney Robert Sanchez, Esq. is hereby directed to mail a conformed copy of this order to all affected parties