UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:   CASE NO.: 15-BK-12517-LMI

TORA LEVY   CHAPTER: 13

   Debtor.
_____/

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **WELLS FARGO BANK, N.A.**, and hereby enters its Notice of Appearance in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 20100 SW 84th Pl, Miami, FL 33189

- Last Four Digits of Loan Number: 3655

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

☑ Jeffrey S. Fraser, Esq.
☐ Annessa S. Kalloo, Esq.
☐ Scott C. Lewis, Esq.

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th Day of April, 2015, I served a copy of the foregoing upon:

**SERVICE LIST**

Tora Levy
20100 SW 84 Place
Miami, FL 33189

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                                      */s Jeffrey S. Fraser, Esq.*

☑    Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile: (813) 221-9171
bkfl@albertellilaw.com