RE: __Tora Levy__  ☐ PRO SE    Case # __15-12517 LMI__

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

- ~~X Tax returns: 2012 201~~    Corp ~~2012 2013 2014~~
- X Bank Account Statements ☐ 3 months pre-petition
  __#8538  2/1 - 2/10/15__
- ___ Check copy
- ___ Explain W/D
- X FMV(NADA/Carmax), Reg and Payoff: Vehicles
  __07 Lexus - FMV__
- ___ FMV and Payoff: Real Estate
- ___ Non homestead Information Sheet
- X Wage deduction order or motion to waive

**BUSINESS DEBTOR DOCUMENTS**
- DQ & attachments ☒ Profit & Loss ☒ Balance Sheet
- X Bank statements and checks ☐ 3 months _____

- ☐ Photo ID(s)   ☐ LF 90   ☐ LF67   ☐ LF10
- ___ Domestic Support Info: name address and phone
- ___ Affidavits of _____ support _____ rent
- ___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
- X Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
  ☐ gambling ☐ HAMP ☒ LMM/MMM
- ___ Plan does not fund
- ___ Calculation errors/improper months _____
- ___ Valuation motion ☐ not filed ☐ not resolved
- X LMM/MMM motion ☒ not filed
- ___ Reaffirm, redeem or surrender Sch D & G creditor
- ___ Creditor on plan not listed in Schedules or no filed POC
- ___ Priority debt on Sch E not in plan
- X Object or Conform to Proof of Claim
  ___ Miami-Dade County   ___ Tax Certificate(DE#___)
  ___ Dept of Revenue   X IRS # 2, 2

☐ Notice of Filing HAMP ☐ Other _____

- ___ Fee application (see court guideline 6)
- ___ Income understated _____ stubs _____ taxes
- ___ co-debtor _____ stubs _____ taxes
- ✓ Spouse's pay advices/spouse's wages not disclosed or __Child__
- ✓ Proof of household size (government ID w/ address) __Support__
  and income of all adults — __taxes sin w/ no depend__
- ___ Best effort < 36 months < 60 months
- ___ Expenses objectionable: Sch J ☐ Provide Proof
- ___ D/I > 100% < 90% Feasibility
- ___ Info on transfer SOFA #3 #10 undisclosed
- ___ Tolling Agreement(s)

- ___ Objection to Exemption (specifics to be filed)
- ___ To be heard with confirmation at 1:30 pm
- ✓ Ch 7 s/b _____ (plus tax refund)/ valuations
- ___ Good faith to unsecured
- ___ Expenses: documentation/calculation: CMI line

- ___ CMI/DI _____ x 60 = _____
- ☐ Plus income/expenses issues ☐ Trustee est. $_____
- ___ Undervalued collateral should be crammed down

Other: __Cat due to wrong SS# on NOC__

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

---

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.* **The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. *The debtor or debtor's attorney must appear at the confirmation hearing*** The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on __4-17-15__ to avoid dismissal**

**The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.**

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027