RE: _Tora Levy_____  ☐ PRO SE       Case # 15-12517 LMI

## TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

___ Bank Account Statements ☐ 3 months pre-petition

___ Check copy _____

___ (Explain W/D) _____
X FMV(NADA/Carmax), Reg and Payoff:Vehicles_____
 07 Lexus - FMV
___ FMV and Payoff: Real Estate_____

___ Non homestead Information Sheet
X Wage deduction order or motion to waive  6/2
**BUSINESS DEBTOR DOCUMENTS**
X BDQ & attachment
___ Bank statements and checks ☐ 3 months _____

☐ Photo ID(s)   ☐ LF 90    | LF67  ☐ LF10
___ Domestic Support Info: name address and phone
___ Affidavits of _____ support _____ rent
___ ☐ 2016(B) ☐ 401K/Retirement Stmts ☐ Life Ins. Policy
X Other provisions ☐ IVL ☐ 100% ☐ lawsuit ☐ lease
                    ☐ gambling ☐ HAMP X LMM/MMM
___ Plan does not fund
___ Calculation errors/improper months _____
___ Valuation motion   ☐ not filed   ☐ not resolved

___ Reaffirm, redeem or surrender Sch D & G creditor
___ Creditor on plan not listed in Schedules or no filed POC
___ Priority debt on Sch E not in plan
X Object or Conform to Proof of Claim
___ Miami-Dade County    ___ Tax Certificate(DE#___)
___ Dept of Revenue      X IRS # 2
                         Obj pending

☐ Notice of Filing HAMP ☐ Other_____

___ Fee application (see court guideline 6)
Income understated _____ stubs _____ taxes
co-debtor _____ stubs _____ taxes
Spouse's pay advices/spouse's wages not disclosed
Proof of household size (government ID w/ address)
and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof

___ D/I > 100% < 90% Feasibility
___ Info on transfer SOFA #3 #10 undisclosed
___ Tolling Agreement(s)

___ **Objection to Exemption (specifics to be filed)**
To be heard with confirmation at 1:30 pm

___ Expenses: documentation/calculation: CMI line
_____
_____
_____

___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

X mmm

Other:_____

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date.  5pm refers to the end of business on the hearing date.

***IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR.***
*The debtor or debtor's attorney must appear at the confirmation hearing*
***The Trustee's recommendation for the confirmation hearing on __May 5, 2015__ is as follows:
15-12517
For 6/2 calendar, the following docs must be received by 5PM on 5/14 to avoid dismissal: a) FMV of vehicle, b) amend plan to include LMM language

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402