UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                          CASE NO.: 15-12517-LMI

TORA LEVY                                                                  CHAPTER: 13

     Debtor.
_____/

## OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

Wells Fargo Bank, N.A, ("Creditor"), by and through the undersigned counsel, objects to the First Amended Chapter 13 Plan ("Plan") [DE # 43] and states as follows:

1) Creditor holds a lien on the following property: **20100 SW 84th Place Miami, FL 33189**
2) Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of approximately $448,599.02, a secured arrearage in the amount of $ 188,666.53, and an ongoing biweekly post-petition payment of $1,366.75.
3) The Plan proposes to modify Creditor's loan.
4) As Creditor's Claim is secured by the Debtor's principal residence, Creditor objects to any modification of the terms of its mortgage loan pursuant to 11 U.S.C. § 1322(b)(2).
5) The Plan proposes Loss Mitigation Mediation ("LMM") with respect to Creditor's claim. Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original note and mortgage shall remain in full force and effect unless and until the Creditor and Debtor mutually agree to a loan modification.
6) The Plan proposes adequate protection in the amount of $1,297.16 per month.
7) Creditor objects to the proposed Plan treatment.
8) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court.
9) Creditor reserves the right to amend this Objection.

**WHEREFORE**, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of May, 2015, I served a copy of the foregoing on the parties listed below.

## SERVICE LIST

Tora Levy
20100 SW 84 Place
Miami, FL 33189

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Scott Lewis, Esq.
    Albertelli Law
    Attorney for Secured Creditor
    PO Box 23028
    Tampa, FL 33623
    Telephone: (813) 221-4743 ext. 2603
    Facsimile:   (813) 221-9171
    bkfl@albertellilaw.com

    By: /s/Scott Lewis, Esq.
    Scott Lewis, Esq.
    Florida Bar No.: 112064