UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Tora Levy                        Case No. 15-12517-LMI
    Debtor.                          Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Tora Levy, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On February 10, 2015 the instant case was filed.

2. Debtor's Third Amended Chapter 13 plan was confirmed on July 16, 2015.

3. Debtor participated in the Loan Modification Mediation program and her modification was denied.

4. The mediator issued a final report on July 20, 2015 [ECF#71].

5. Debtor desires to modify her plan in order to cure and maintain her homestead property and save her homestead.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

Date: <u>July 20, 2015</u>

                    Respectfully Submitted:

                    **ROBERT SANCHEZ, P.A.**
                    Attorney for Debtors
                    355 W 49th Street
                    Hialeah, FL 33012
                    Tel. 305-687-8008

                    By:<u>*/s/ Robert Sanchez*</u>
                        Robert Sanchez, Esq., FBN#0442161