**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Tora Levy                                    Case No: 15-12517-LMI
                                                    Chapter 13

_____Debtor_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)  ☐  No further action is necessary.

2)  The following actions have been taken:

   ☒  The debtor has filed an objection to the proof of claim filed by _PHEAA (Claim #5)_.

   ☐  The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐  Other: _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on _February 19, 2016_.

                    Submitted by:
                    **ROBERT SANCHEZ, P.A.**
                    Attorney for Debtor
                    355 W 49th Street
                    Hialeah, FL 33013
                    Tel. (305) 687-8008

                    By:/s/Robert Sanchez_____
                    Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)