

ORDERED in the Southern District of Florida on March 28, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Tora Levy                                  Case No: 15-12517-LMI
                                                  Chapter 13

_____Debtor_____/

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM OF PHEAA

    This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of PHEAA [DE #__81__], and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
|---|---|---|
| *PHEAA* | 5 | *Stricken and disallowed as a late filed claim.* |

###

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).