UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

    Tora Levy                             Case No. 15-12517-LMI
    Debtor.                               Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Tora Levy, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On February 10, 2015 the instant case was filed.

2. Debtor's Third Amended Chapter 13 plan was confirmed on July 16, 2015.

3. On September 23, 2015, the Order Granting Motion To Modify Plan and Approving First Modified Ch 13 Plan was entered to cure and maintain the secured lender after her modification was denied at the MMM mediation.

4. On January 28, 2016, the secured lender filed a Notice of Mortgage Payment Change that reduces her escrow payments to the secured creditor.

5. Debtor desires to modify her plan in order to provide for the Notice of Mortgage Payment Change.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving Debtor's Second Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

Date: <u>April 20, 2016</u>

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:<u>*/s/ Robert Sanchez*</u>
     Robert Sanchez, Esq., FBN#0442161