# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### Third Modified Plan

DEBTOR: Tora Levy          JOINT DEBTOR: _____          CASE NO.: 15-12517-LMI
Last Four Digits of SS# 6350          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 3,395.91   for months 1 to 15;
    B.    $ 5,368.64   for months 16 to 16; in order to pay the following creditors:
    C.    $ 5,251.89   for months 17 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650+$2500 (MMM) + $525 (Motion to Modify) + $525 (Motion to Modify) = $7,200   TOTAL PAID $2000
    Balance Due   $ 5,200 payable $ 94.93/month (Months 1 to 15)
    payable $ 130.21 month (Months 16 to 44)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Wells Fargo Home Mortgage
Address: 4101 Wiseman Blvd #MC-T
San Antonio, TX 78251          Arrears Amount    $189,421.27
Account No: xxxx3655          MMM / Arrears Payable   $ 1,953.76/month (Months 1 to 15)
    Arrears Payable   $ 3,558.11/month (Months 16 to 60)
    Regular Payment $1,207.43/ month (Months 1 to 15)
    Regular Payment $952.68/ month (Months 16 to 60)

2. Internal Revenue Service          Income tax lien $3,336.00 @ 3% interest total:   $3,596.61
Address: P.O. Box 7317          Payable:   $ 37.10 /month (Months 1 to 15)
Philadelphia, PA 19101-7317          Payable:   $ 104.25 /month (Months 16 to 16)
    Payable:   $ 66.73 /month (Months 17 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. Internal Revenue Service xxxx6350          Total Due $ 715.18
Address: P.O. Box 7317          Payable   $ 0.00/month (Months 1 to 15) Regular Payment $ N/A
Philadelphia, PA 19101-7317          Payable $ 15.90/month (Months 16 to 60) Regular Payment $ N/A

Unsecured Creditors:          Pay $ 0.00/month (Months 1 to 15)
    Pay $3.07 /month (Months 16 to 44); Pay $133.28/month (Months 45 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Saga Bay Property Owners Association and Lexus Financial Services and will continue to pay said creditors directly outside the chapter 13 plan.

"The debtor has filed a Verified Motion for Referral to MMM with Wells Fargo Home Mortgage ("Lender"), loan number  xxxx3655  , for real property located at  20100 SW 84th Place, Miami FL 33189-2038 . The lender and borrower did not reach an agreement.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.          _____
Attorney for Debtor          Joint Debtor
Date: 06/10/2016          Date: _____

LF-31 (rev. 01/08/10)