UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Tora Levy                                      Case No. 15-12517-LMI
                                                      Chapter 13

　　　　　　　　　　　　Debtor(s)/

# MOTION TO VACATE ORDER SUSTAINING OBJECTION TO CLAIM #5 [ECF: # 84]

**COMES NOW,** the Debtor, Tora Levy, by and through her undersigned counsel and moves this Honorable Court for an Order Vacating the Order Sustaining Objection to Claim #5 [ECF#84] and in support thereof states the following:

1. The debtor filed a Chapter 13 petition on February 10, 2015.

2. On July 14, 2015, Creditor, PHEAA, filed non-dischargeable student loan claim #5.

3. The last day for creditors to file claims was July 8, 2015.

4. On February 19, 2016, the Debtor filed her Objection to Claim of PHEAA's late-filed claim on negative notice, and after no response, the appropriate Order Sustaining Objection to Claim #5 was entered on March 29, 2016.

5. The Trustee has not disbursed any funds to unsecured creditors at the time of the filing of this motion.

6. The Debtor is requesting a vacation of the Order Sustaining Objection to Claim #5 [ECF#84] to allow the claim to be paid by the Chapter 13 Trustee in the plan.

**WHEREFORE,** the Debtor respectfully requests that this Motion to Vacate the Order Order Sustaining Objection to Claim #5 [ECF#84] be granted and any other relief the Court deems just and proper.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via via regular mail this 10th day of June 2016 to Nancy Neidich, Chapter 13 Trustee; Debtor, Tora Levy, 20100 SW 84 Place, Miami, FL 33189, and to all Creditors on the attached mailing matrix.

PHEAA
c/o Aaron Morrison, Manager
PO BOX 8147
HARRISBURG PA 17105

PHEAA
c/o James L. Preston, CEO
4600 Westport Dr,
Mechanicsburg, PA 17055

PHEAA
c/o James L. Preston, CEO
1200 North 7th Street
Harrisburg, PA 17102

Respectfully Submitted

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 W 49 ST,
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161