UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                              Case No.: 15-12517-LMI
Tora Levy                                                                        Chapter 13
          Debtor.
_____/

## NOTICE OF WITHDRAWAL OF MOTION TO VACATE ORDER ON OBJECTION TO CLAIMS (DOCKET NO. 92)

**COMES NOW,** undersigned counsel and files this Notice of Withdrawal of Debtor's Motion to Vacate Order on Objection to Claims (Docket #92).

**I HEREBY CERTIFY,** that a copy of this Notice of Withdrawal of Debtor's Motion to Vacate Order on Objection to Claims (Docket #92) has been sent via U.S. mail and ecf this 6th day of July, 2016, to all parties on the service list.

Tora Levy
20100 SW 84 Place
Miami, FL 33189

PHEAA
c/o Aaron Morrison, Manager
PO BOX 8147
HARRISBURG PA 17105

PHEAA
c/o James L. Preston, CEO
4600 Westport Dr,
Mechanicsburg, PA 17055

PHEAA
c/o James L. Preston, CEO
1200 North 7th Street
Harrisburg, PA 17102

**ROBERT SANCHEZ, P.A.**
355 W 49 ST
Hialeah, FL  33012
Tel. 305-687-8008

By:/s/ *Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161

Acs/Wachovia  
501 Bleecker St  
Utica, NY 13501

Aes  
Pob 61017  
Harrisburg, PA 17106

Aes/Pheaa  
Po Box 61047  
Harrisburg, PA 17106

Aes/Suntrust  
Po Box 61047  
Harrisburg, PA 17106

Albertelli Law  
P.O.Box 23028  
Tampa, FL 33623

Business Revenue Syste  
2419 Spy Run Ave Ste A  
Fort Wayne, IN 46805

Cap One  
Po Box 85520  
Richmond, VA 23285

Capio Partners Llc  
2222 Texoma Pkwy Ste 150  
Sherman, TX 75090

Cb/Express  
Po Box 330066  
Northglenn, CO 80233-8066

Comenity Bank/Limited  
Po Box 182789  
Columbus, OH 43218

Credit Mgmt  
4200 International  
Carrollton, TX 75007

Enhanced Recovery Co L  
8014 Bayberry Rd  
Jacksonville, FL 32256

First Premier Bank  
601 S Minnesota Ave  
Sioux Falls, SD 57104

Fox Collection Center  
456 Moss Trl  
Goodlettsville, TN 37072

Holl Crd  
1286 Carmichael Way  
Montgomery, AL 36106

Internal Revenue Service  
P.O. BOX 7346  
Philadelphia, PA 19101-7346

Lexus Financial Servic  
12735 Morris Road Ext #  
Alpharetta, GA 30004

Lexus Financial Services  
POB 5855  
Carol Stream, IL 60197

Nationstar Mortgage Ll  
350 Highland Dr  
Lewisville, TX 75067

S Fl Educational Fcu  
7800 Sw 117th Ave  
Miami, FL 33183

Saga Bay Property Owners  
Assoc  
c/o Harbor Management  
Services, Inc.  
POB 628207  
Orlando, FL 32862

Wells Fargo Home Mortgage  
4101 Wiseman Blvd # Mc-T  
San Antonio, TX 78251