UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 1:15-BK-12517-LMI
CHAPTER: 13

**TORA LEVY**

　　　Debtor.
_____/

OBJECTION TO DEBTOR'S MOTION FOR ISSUANCE
OF DISCHARGE AND NOTICE OF DEADLINE TO OBJECT [D.E. 144]

**COMES NOW**, **U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST** ("Secured Creditor"), by and through its undersigned counsel, files this instant objection to Debtor's Motion for Issuance of Discharge and Notice of Deadline to Object [D.E. 144]. In support; Secured Creditor states as follows:

1. On February 10, 2015, the debtor, Tora Levy, ("Debtor") filed a Voluntary Chapter 13 Petition.

2. Secured Creditor has a secured interest in real property located at 20100 SW 84th Place Miami, Florida 33189 (the "Subject Property").

3. On April 30, 2015, the Debtor filed an Ex-Parte Verified Motion for Referral to Mortgage Modification Mediation ("MMM") with Lender Wells Fargo Home Mortgage [DE# 42] relating to the Subject Property.

4. On May 1, 2015, this Court entered an Order Granting Verified Motion for Referral to Mortgage Modification Mediation [DE# 44].

5. On July 20, 2015, the Mediator, Anthony A. Roca, entered a Final Report of Mortgage Modification Mediator [DE# 71]. Per the Final Report, the parties did **not** reach an agreement.

6. Secured Creditor timely filed its proof of claim on July 8, 2015 (Claim 4-1) reflecting

of a total secured claim in the amount of $446,135.32; approximate prepetition arrearages in the amount of $189,421.27 and an ongoing bi- weekly monthly payment of $1,366.75.

7. On May 4, 2018, the Debtor filed the Fifth Modified Plan [DE #116] (the "Plan").

8. On June 20, 2018, this Court entered an Order Granting Motion to Modify Plan. [DE# 118].

9. While the Debtor's Plan conforms to Creditor's arrearages, the Plan failed to conform to the Secured Creditor's Proof of Claim and Payment Changes in relation to the bi-weekly ongoing monthly payment resulting in a post-petition delinquency as follows:

| | |
|---|---|
| 16 PAYMENTS DUE 03/11/19 thru 10/07/19 $1,395.61 | =$22,329.76 |
| 19 PAYMENTS DUE 10/21/19 thru 06/29/20 $1,363.81 | =$25,912.39 |
| OWED BY BORROWER (escrow) | =$40,466.25 |
| **REINSTATEMENT TOTAL** | **=$88,708.40** |

10. Secured Creditor thus requests that the Court not enter a discharge due to Debtor's failure to maintain ongoing post-petition mortgage payments to Secured Creditor.

**WHEREFORE, U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE LODGE SERIES III TRUST** respectfully requests the Court enter an order denying Debtor's Motion for Issuance of Discharge and Notice of Deadline to Object, and granting any and all such other relief as the Court deems just and appropriate. Secured Creditor reserves the right to amend and/or supplement this Objection, as necessary.

Respectfully submitted,
**GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578
By:    /s/ Christophal Hellewell
        Christophal Hellewell, Esq.
        Florida Bar No. 0114230
        chellewell@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 2090-1

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Christophal Hellewell
Christophal Hellewell, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Tora Levy**
20100 S.W. 84th Place
Miami, FL 33189

*Debtor's Counsel*
**Robert Sanchez, Esq**
355 W. 49th Street
Hialeah, FL 33012

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

By: /s/ Christophal Hellewell
Christophal Hellewell, Esq.