

**ORDERED in the Southern District of Florida on December 10, 2020.**

_____
                                               **Laurel M. Isicoff**
                               **Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                               Case No.: 15-12517-LMI
                                                     Chapter 13

**TORA LEVY,**

     Debtor.
_____/

**AGREED ORDER SUSTAINING *IN PART* AND**
**OVERRULING *IN PART* U.S. BANK'S OBJECTION TO**
**DEBTOR'S MOTION FOR ISSUANCE OF DISCHARGE [D.E. 146]**

     **THIS MATTER** came before the Court on December 1, 2020 at 9:00am on the Trustee's consent calendar upon the Debtor's Motion for Issuance of Discharge and Notice of Deadline to Object [D.E. 144] (the "Motion") filed on June 8, 2020 and U.S. Bank Trust National Association As Trustee Of The Lodge Series III Trust as serviced by SN Servicing Corporation's (the "Secured Creditor") Objection To Debtor's Motion For Issuance of Discharge [D.E. 146] (the "Objection") filed on June 29, 2020.  The Court having considered the Motion and

Objection, the agreement of the parties and being otherwise fully advised in the premises, it is hereby

**ORDERED** as follows:

1. The Objection is **SUSTAINED** *in part* and **OVERRULED** *in part* as set forth herein.

2. The Debtor's first mortgage obligations to Secured Creditor as to the property located at *20100 SW 84 Place, Miami, FL 33189* (the "Property") pursuant to Claim 4 is deemed due for the November 6, 2017 contractual payment and all subsequent contractual payments due thereafter.

3. The Debtor's pre-petition arrearage as of the date of filing the petition as detailed in Claim 4 is deemed fully cured through the plan and therefore the Debtor is exempt from submitting the Order Determining Debtor has Cured Default and Paid All Required Post-petition Amounts (Local Form 81) pursuant to Local Rule 3070-1(E) and Fed. R. Bankr. P. 3002.1(f).

4. This Court shall proceed with entry of an Order Discharging the Debtor (the "Discharge Order") in this case. However, the Discharge Order will discharge the first mortgage obligations to Secured Creditor as to the property up to the November 6, 2017 payment only. The Discharge Order shall not apply to the November 6, 2017 payment and all subsequent contractual payments due thereafter.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

*Case No.: 15-12517-LMI*

6.⠀⠀⠀⠀⠀⠀Secured Creditor is awarded reasonable attorney's fees associated with the prosecution of the Objection in the amount of $775.00.  The Debtor shall pay said attorney's fees to SN Servicing Corporation, Attn: Cashier Dept., 323 5th Street, Eureka, CA, 95501.

###

Submitted by:

**Melbalynn Fisher, Esq.**
Florida Bar No. 107698
mfisher@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

Attorney Melbalynn Fisher is directed to serve copies of this Order on all interested parties and file a Certificate of Service within three (3) days from the entry date of this Order.